**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :    SEALED SUPERSEDING
                                    :    INDICTMENT
OZ YOSEF,                           :
    a/k/a "Oz Joseph,"              :    S2 19 Cr. 254 (ALC)
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - X

**COUNT ONE**
(Conspiracy to Commit Bank Fraud)

The Grand Jury charges:

1. From at least in or about February 2018, up to and including in or about October 2018, in the Southern District of New York and elsewhere, OZ YOSEF, a/k/a "Oz Joseph," the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and object of the conspiracy that OZ YOSEF, a/k/a "Oz Joseph," the defendant, and others known and unknown, would and did knowingly execute, and attempt to execute, a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, the deposits of which were then insured

by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, to wit, YOSEF worked with a U.S.-based co-conspirator ("CC-1") in order for CC-1 to open numerous U.S.-based business bank accounts at several different banks, and in opening and using these accounts CC-1 and others falsely represented to those banks that the accounts would be primarily used for real estate investment transactions, even though YOSEF and CC-1 knew that the accounts would be used, and were in fact used, by YOSEF and others to transmit funds on behalf of an unlicensed money transmitting business related to the operation of cryptocurrency exchanges.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
(Bank Fraud)

The Grand Jury further charges:

3. From at least in or about February 2018, up to and including in or about October 2018, in the Southern District of New York and elsewhere, OZ YOSEF, a/k/a "Oz Joseph," the defendant, willfully and knowingly executed and attempted to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and

2

fraudulent pretenses, representations, and promises, to wit, YOSEF caused to be opened and used numerous bank accounts at financial institutions the deposits of which were insured by the Federal Deposit Insurance Corporation, including a bank based in Manhattan, New York, and in so doing falsely represented to these financial institutions that the accounts would be primarily used for real estate investment transactions even though YOSEF knew that the accounts would be used, and were in fact used by YOSEF and others to transmit funds on behalf of an unlicensed money transmitting business related to the operation of cryptocurrency exchanges.

(Title 18, United States Code, Sections 1344 & 2.)

**COUNT THREE**

(Conspiracy to Operate an Unlicensed Money Transmitting Business)

The Grand Jury further charges:

4.    From in or about February 2018 up to and including in or about October 2018, in the Southern District of New York and elsewhere, OZ YOSEF, a/k/a "Oz Joseph," the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960.

3

5. It was a part and object of the conspiracy that OZ YOSEF, a/k/a "Oz Joseph," the defendant, and others known and unknown, would and did knowingly conduct, control, manage, supervise, direct, and own all and part of an unlicensed money transmitting business affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1960.

## Overt Act

6. In furtherance of the conspiracy, and to effect the illegal object thereof, OZ YOSEF, a/k/a "Oz Joseph," the defendant, together with others known and unknown, committed the following overt act, in the Southern District of New York and elsewhere:

a. In late September 2018, YOSEF texted CC-1 regarding the need to transfer $10,000,000 to a bank located in the Bahamas, knowing that the funds would be transferred from a bank account maintained with a bank located in Manhattan, New York.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATIONS

7. As a result of committing the offenses charged in Counts One and Two of this Indictment, OZ YOSEF, a/k/a "Oz Joseph," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any and all property constituting or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of said offenses, including but not limited to a sum of money in United States

4

currency representing the amount of proceeds traceable to the commission of said offenses and the following specific property:

a.      Any and all funds held at Citibank, in account 207112962, held in the name of Global Trading Solutions LLC;

b.      Any and all funds held at Citibank, in account 42024768923, held in the name of Reginald D. Fowler;

c.      Any and all funds held at Citibank, in account 206618910, held in the name of Global Trading Solutions LLC;

d.      Any and all funds held at Citibank, in account 42001787749, held in the name of Reginald D. Fowler;

e.      Any and all funds seized on or about October 23, 2018 and November 26, 2018 from HSBC Bank, in account 861668, held in the name of Reginald D. Fowler;

f.      Any and all funds seized on or about October 23, 2018 from HSBC Bank, in account 141000147, held in the name of Global Trading Solutions LLC;

g.      Any and all funds held at Enterprise Bank, in account 1127548, held in the name of  Eligibility Criterion;

h.      Any and all funds held at Enterprise Bank, in account 1241367, held in the name of  Eligibility Criterion;

i.      Any and all funds held at Enterprise Bank, in account 1127652, held in the name of  Eurocontrol;

j.      Any and all funds held at Enterprise Bank, in account 1127177, held in the name of Global Trading Solutions LLC;

k.     Any and all funds on deposit at Deutsche Bank AG, held in the name of Global Trade Solutions GMBH;

l.     Any and all funds held at Enterprise Bank, in account 1127193, held in the name of Global Trading Solutions LLC;

m.     Any and all funds held at Enterprise Bank, in account 1128700, held in the name of Reginald D. Fowler;

n.     Any and all funds held at Enterprise Bank, in account 1128727, held in the name of Reginald D. Fowler;

o.     Any and all funds held at Enterprise Bank, in account 1127599, held in the name of Spiral Global Development Corporation;

p.     Any and all funds held at Enterprise Bank, in account 1235784, held in the name of Spiral Sports II;

q.     Any and all funds held at JP Morgan Chase Bank, in account 296219550, held in the name of Global Trading Solutions LLC; and

r.     Any and all funds held at JP Morgan Chase Bank, in account 779558365, held in the name of Spiral Global Development Corporation.

6

8. As a result of committing the offense alleged in Count Three of this Indictment, OZ YOSEF, a/k/a "Oz Joseph," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense and the following specific property:

a. Any and all funds held at Citibank, in account 207112962, held in the name of Global Trading Solutions LLC;

b. Any and all funds held at Citibank, in account 42024768923, held in the name of Reginald D. Fowler;

c. Any and all funds held at Citibank, in account 206618910, held in the name of Global Trading Solutions LLC;

d. Any and all funds held at Citibank, in account 42001787749, held in the name of Reginald D. Fowler;

e. Any and all funds seized on or about October 23, 2018 and November 26, 2018 from HSBC Bank, in account 861668, held in the name of Reginald D. Fowler;

f. Any and all funds seized on or about October 23, 2018 from HSBC Bank, in account 141000147, held in the name of Global Trading Solutions LLC;

g. Any and all funds held at Enterprise Bank, in account 1127548, held in the name of Eligibility Criterion;

h.    Any and all funds held at Enterprise Bank, in account 1241367, held in the name of  Eligibility Criterion;

i.    Any and all funds held at Enterprise Bank, in account 1127652, held in the name of  Eurocontrol;

j.    Any and all funds held at Enterprise Bank, in account 1127177, held in the name of Global Trading Solutions LLC;

k.    Any and all funds on deposit at Deutsche Bank AG, held in the name of Global Trade Solutions GMBH;

l.    Any and all funds held at Enterprise Bank, in account 1127193, held in the name of Global Trading Solutions LLC;

m.    Any and all funds held at Enterprise Bank, in account 1128700, held in the name of Reginald D. Fowler;

n.    Any and all funds held at Enterprise Bank, in account 1128727, held in the name of Reginald D. Fowler;

o.    Any and all funds held at Enterprise Bank, in account 1127599, held in the name of Spiral Global Development Corporation;

p.    Any and all funds held at Enterprise Bank, in account 1235784, held in the name of Spiral Sports II;

q.    Any and all funds held at JP Morgan Chase Bank, in account 296219550, held in the name of Global Trading Solutions LLC; and

r.    Any and all funds held at JP Morgan Chase Bank, in account 779558365, held in the name of Spiral Global Development

8

Corporation.

## **Substitute Asset Provision**

9.    If any of the above described forfeitable property, as a result of any act or omission of the defendant:

a.    Cannot be located upon the exercise of due diligence;

b.    Has been transferred or sold to, or deposited with, a third person;

c.    Has been placed beyond the jurisdiction of the Court;

d.    Has been substantially diminished in value; or

e.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section  853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**OZ YOSEF,**
**a/k/a "Oz Joseph,"**

**Defendant.**

**SUPERSEDING INDICTMENT**

S2 19 Cr. 254 (ALC)

(18 U.S.C. §§ 371, 1344, 1349, 1960,
and 2)

GEOFFREY S. BERMAN
United States Attorney.

Foreperson

Superseding IndictMent,
True Bill + Arrest Warrant
Filed 10/9/19
USMJ Wang